# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ERIC CHATMAN,

        Plaintiff,

vs.

CAESARS PALACE CO., *et al.*,

        Defendants.

2:18-cv-00224-RFB-VCF

**ORDER**

    Before the Court are two of Plaintiff's Motion for Appointment of Counsel (ECF Nos. 11 & 12). On April 18, 2018, the undersigned entered the Report and Recommendation that this action be dismissed with prejudice for failure to file an amended complaint or objection to the Court's order. (ECF No. 7). Judge Boulware has not ruled on the Report and Recommendation. Plaintiff's motions for appointment of counsel are prematurely filed.

    Accordingly,

    IT IS HEREBY ORDERED that Plaintiff's Motions for Appointment of Counsel (ECF Nos. 11 &12) are DENIED without prejudice. Plaintiff may refile his motion for appointment of counsel after Judge Boulware decides on the Report and Recommendation if the case is still pending.

    DATED this 22nd day of May, 2018.

                                                 _____
                                                 CAM FERENBACH
                                                 UNITED STATES MAGISTRATE JUDGE