UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERIC CHATMAN, | Case No. 2:18-cv-00224-RFB-VCF |
| Plaintiff, | |
| v. | **ORDER** |
| CEASARS PALACE CO., *et al*., | |
| Defendant's. | |

Before the Court for consideration is the Report and Recommendation (ECF No. 7) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered April 18, 2018.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by May 2, 2018. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

1    IT IS THEREFORE ORDERED that the Report and Recommendation (ECF No. 7) is
2 ACCEPTED and ADOPTED in full.
3    IT IS FURTHER ORDERED that this action is DISMISSED WITH PREJUDICE and
4 Judgment entered, accordingly.
5    The Clerk of Court is directed to serve a copy of this Order upon Plaintiff

7    DATED this 23rd day of May, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRCIT JUDGE